# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06 CR 964 |
| | ) | |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| MICHAEL E. KELLY | ) | |
| | ) | |
| Defendant. | ) | |

TO:  THE HONORABLE RONALD A. GUZMAN
UNITED STATES DISTRICT JUDGE

## REPORT AND RECOMMENDATION

On September 11, 2012, the parties, the Claims Processing Agent, on behalf of the
Special Master, and certain persons challenging the Claims Processing Agent's determination
of the victims' Total Restitution Amount (also referred to as "**TRA**") appeared either via
written submission, in person or by telephone before this Court in order to resolve these
pending appeals.  Prior to the hearing, victims who disagreed with the Claims Processing
Agent's determination of their TRA were provided an opportunity to appeal those
determinations to this Court pursuant to the terms of the Amended Claims Procedure Order
dated June 14, 2010, as further amended on July 28, 2010 ("**Amended Claims Procedure
Order**").  Of the 345 appeals filed: 267 were legal issue appeals based solely on the lack of
interest and/or rent included in the calculation of the Total Restitution Amount; 25 appeals
were based on other legal issues; 29 appeals were based on factual disputes; and 24 appeals

were resolved prior to the hearing through the filing of a Stipulation to Withdraw Appeal and an agreement as to the victims' Total Restitution Amount.

Those victims with legal issue appeals were invited to participate at the hearing via written submission or in person, while those victims with factual issue-based appeals or with a combination of factual and legal issue-based appeals were also invited to appear at the hearing via telephone.

After consideration of the written submissions and the factual and legal arguments raised at the September 11, 2012 hearing and for the reasons stated herein and at the hearing, the Court recommends as follows:

**A.      Legal Issue-Based Appeals –Interest and/or Rental Payments.**

Two hundred sixty-seven (267) appeals were based solely on the issue of interest and/or rental payments allegedly promised by Michael E. Kelly being included in the calculation of the victims' TRA. Each victim who appealed the determination of their TRA based on this issue requested that they be allowed full restitution to include all rental payments, interest and all other losses incurred. An appeal summary was filed with the Court on August 30, 2012. [Dkt. 1411]. The Appeal Summary identifies each of the 267 victims who filed an appeal based on this issue. (A copy is also attached as **Exhibit A.**)

This issue was previously reviewed and decided by this Court in its Report and Recommendation [Dkt. 859] dated December 21, 2011, as affirmed in a Minute entry dated January 24, 2012 [Dkt. 906], and as corrected on March 22, 2012 [Dkt. 912] ("**December**

**2011 Report and Recommendation**"), that stated, "The starting point for calculating the restitution should be the value of the actual loss suffered by the victim, i.e. the total amount of money paid by a victim to obtain a universal lease. The amount of money a victim paid in penalties for withdrawing money (e.g. from an IRA) to buy a universal lease should be included as 'loss' to the extent it can be efficiently determined." This Court further stated that, "In calculating the 'loss amount' … the amount to be paid to a victim must be reduced by any amount of property or value that was 'returned' to the victim." This Court further stated that, "Although a district court has authority to authorize pre-judgment interest, the circumstances of this case militate against doing so. Given the amount of money that the Special Master seems likely to recover, this Court does not deem it in the best interests of the victims as a whole to calculate prejudgment interest unless and until all victims are made whole (as described above) through restitution payments."

Nothing submitted for this Court's consideration in connection with the September 11th hearing warrants a change in this previous ruling. Therefore, the Court recommends that the 267 appeals based solely on the issue of the inclusion of interest and/or rental payments should be denied and the Total Restitution Amounts for each of these victims shall remain as previously established by the Claims Processing Agent.

**B.      Legal Issue-Based Appeals—Other.**

Twenty-five (25) of the appeals received pertained to other legal issues also previously addressed by this Court. The Claims Processing Agent has filed with this Court an Appeal

3

Summary as to each of the twenty-five (25) legal issue-based appeals. A complete list of the Victim Claimants with "Other" legal issue-based appeals can be found on the attached **Exhibit B**.

The legal issues addressed in these appeals include: the deduction of commissions received from the broker's TRA; subordination of claims for brokers with leases purchased with funds obtained in lieu of or from commissions; deduction of payments received from the TRA; lack of interest and/or rental payments included in TRA and the purchase of a Bella Vista condominium which was excluded from restitution. These issues were also addressed in this Court's December 2011 Report and Recommendation [Dkt. 859] and/or the approved Amended Claims Procedure Order [Dkt. 419] which defines the formula for calculating restitution. In addition, these legal issues are also the subject of the *Government's Motion to Deny Legal Issue Based Appeals of Restitution Determinations* filed with the Court on August 21, 2012 [Dkt. 1327.

As nothing was presented at the September 11th hearing to warrant a change in the Court's previous rulings, this Court recommends that the Total Restitution Amounts for these twenty-five (25) Victim Claimants remain as established by the Claims Processing Agent and as reflected on the attached Exhibit B.

**C.     Factual Issue-Based Appeals or Combination of Legal and Factual Issues.**

The Claims Processing Agent has filed with this Court an Appeal Summary for each of the twenty-nine (29) factual issue-based or combination of legal and factual issue-based

appeals. A list of the twenty-nine (29) Victim Claimants with factual based appeals can also be found on the attached **Exhibit C**. For the reasons as set forth in the Appeal Summaries and as set forth on the record based on information provided at the September 11th hearing, the Court recommends that the Total Restitution Amounts as established by the Claims Processing Agent and as reflected on the attached Exhibit C be approved.

### D. Appeals Resolved by Stipulation.

As mentioned above, twenty-four (24) appeals were resolved prior to the September 11th hearing by agreement between the Victim Claimant and the Claims Processing Agent, as evidenced by a Stipulation to Withdraw Appeal filed with the Court as to each victim, and as further outlined on the attached **Exhibit D**. The Court recommends that the Total Restitution Amounts as agreed to between the Victim Claimants and the Claims Processing Agent and as reflected on the attached Exhibit D be approved.

### E. Untimely Appeals.

According to the Amended Claims Procedure, any and all victim appeals regarding the calculation of their Total Restitution Amount were required to be filed with the Court no later than thirty (30) days from the date of the Victim's Final Determination Notice. In addition, this Court issued a Statement dated August 8, 2012 [Dkt. 1321] informing victims that the appeal process was strictly for those victims with timely filed appeals and that if a victim did not file a timely appeal they would not be eligible to participate in the appeal process. Although the Claims Processing Agent attempted to be lenient in its deadlines, the

appeals for the eleven (11) Victim Claimants on the attached **Exhibit E** were either filed with the Court on or after August 8, 2012 or submitted to the Claims Processing Agent's office on or after August 8, 2012; all of which were well past the thirty (30) day deadline to file their personal appeal. These eleven (11) appeals should therefore be denied as untimely and the Claims Processing Agent's calculation of their Total Restitution Amount as previously established should be approved as indicated on the attached Exhibit E.

## CONCLUSION

The Claims Processing Agent has calculated Total Restitution Amounts for approximately 8,400 victims of defendant Michael Kelly's scheme to defraud. Of the approximately 8,400 victim claims, only 345 victims timely filed appeals to this Court.

After considering each of the Victim Claimant appeals, Appeal Summaries provided by the Claims Processing Agent, information provided by the Victim Claimants, either via written submission, in person or via telephone conference and all legal and factual arguments provided at the September 11th hearing, this Court affirms the Claims Processing Agent's calculations as further provided herein.

Dated: September 19, 2012

**Respectfully submitted,**

**MORTON DENLOW**
**UNITED STATES MAGISTRATE JUDGE**

Any objections to the Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days of the receipt of this notice. Failure to file objections within the specified time waives the right to object to or appeal the Magistrate Judge's Report and Recommendation

*USA v. Michael E. Kelly*
Case No. 06 CR 964


**EXHIBIT A**
**to**
**REPORT AND RECOMMENDATION**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 06-cr-964 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| | ) | |
| MICHAEL E. KELLY | ) | |
| Defendant, | ) | |
| | ) | |

### APPEAL SUMMARY

**Victim Name ("Claimant"):** (See Attached Exhibit A)
**Victim Claim No:** (See Attached Exhibit A)
**Lease No(s):** (See Attached Exhibit A)
**Appeal Docket Entry #:** (See Attached Exhibit A)
**Legal Issue – Interest and/or Rental Payments**

### Review on Appeal:

The Claimants indicated on the attached Exhibit A have advised us that they are dissatisfied with the Claim Processing Agent's final determination of their "Total Restitution Amount" (or "TRA") as stated in their respective Final Determination Notices. The Claimants have requested that the Claims Processing Agent recognize a TRA with the inclusion of all alleged accumulated interest and/or rental payments to be used as the basis for any distributions from the Restitution Fund. The Claims Processing Agent has carefully reviewed the request for appeal of the Claimants Final Determinations and all supplemental materials provided, and recommends to the court as follows:

☐      The Claimant's appeal of their TRA should be approved, and his/her TRA is determined to be $_____.

☐      The Claimant's appeal should be approved in part and denied in part, and his/her TRA should be determined as $_____. The basis for the partial denial of the appeal is set forth under "Comments" below.

☒      The Claimants appeals should be denied, and their TRA determined to be as set forth by the Claims Processing Agent in their individual Final Determination Notice and/or Victim Claim Form. The basis for the denial of the appeal is set forth under "Comments" below.

### Comments:

The Claimants have appealed the final determination of their TRA based on the sole argument that they should have all interest and/or rental payments that were promised under their universal lease agreements included in their TRA.

00248906.doc

Page 2

This Court stated in its Report and Recommendation to Honorable Ronald A. Guzman dated December 21, 2011, as affirmed in a Minute entry dated January 24, 2012, and as corrected on March 22, 2012, that, "The starting point for calculating the restitution should be the value of the actual loss suffered by the victim, i.e. the total amount of money paid by a victim to obtain a universal lease. The amount of money a victim paid in penalties for withdrawing money (e.g. from an IRA) to buy a universal lease should be included as 'loss' to the extent it can be efficiently determined." This Court further stated that, "In calculating the 'loss amount' ... the amount to be paid to a victim must be reduced by any amount of property or value that was 'returned' to the victim." As commissions are value returned to the Claimant, these amounts must be deducted from their TRA.

This Court further determined that although the court has authority to authorize pre-judgment interest, the circumstances of this case are not in favor of doing so as the amount potentially to be recovered is not likely to cover the victims total loss. Therefore, the court determined that it was not in the best interest of victims to calculate and add pre-judgment interest to the Total Restitution Amounts "unless and until all victims are made whole through restitution payments."

The Claimants are therefore not entitled to the accumulation of interest and/or rental payments included in their TRA unless and until all victims are made whole through restitution payments. Therefore the Claims Processing Agent recommends that the Claimants appeals be denied and their TRA remain as set forth by the Claims Processing Agent in their respective Final Determination Notices or Victim Claim Forms.

Respectfully submitted:                          STENGER & STENGER PC
                                                 CLAIMS PROCESSING AGENT


Dated: August 30, 2012                           s/ Laura D. Duston
                                                 Laura D. Duston
                                                 Attorney for Claims Processing Agent

**Exhibit A:**
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| | Victim Name | Claim Number | Lease Numbers in Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 1 | Ackerman/Jimmy | MK000032 | L6443 | 942 |
| 2 | Albrecht/Lewis | MK000105 | L8641, L8646 | 978 |
| 3 | Anderson/Ralph | MK000233 | L6339 | 988 |
| 4 | Angelo/Nina | MK000252 | L0152, L0153 | 964 |
| 5 | Armstrong Jr/Clarence | MK000301 | L9212 | 1037 |
| 6 | Bailey/Clyde and Dorothy | MK000422 | L9735 | 976 |
| 7 | Barker/Joyce | MK000497 | L4594A-9, L4595A-9 | |
| 8 | Barklow/Eleanor | MK000500 | L7203 | |
| 9 | Barnett/Herbert L | MK000524 | L5603, L7842 | 1127 |
| 10 | Barney/William | MK000526 | L9206 | 966 |
| 11 | Bates/Estate of Darlene M. | MK000573 | L10606, L11784 | 1086 |
| 12 | Bauer/Larry and Peggy | MK000589 | L11622, L11623 | |
| 13 | Beard/Virginia | MK000610 | L11459 | 1093 |
| 14 | Bergquist/Eugene | MK000736 | L1248A, L7924 | 1049 |
| 15 | Bergquist/Eugene and Marlene | MK000737 | L1251A | 1049, 1050 |
| 16 | Bergquist/Marlene | MK000740 | L1247, L2131A, L7933 | 1050 |
| 17 | Bethell/Sandra | MK000763 | L12033 | 1010 |
| 18 | Blahnik/Robert P and Jeanne | MK000834 | L11980 | 1098 |
| 19 | Blanchard/Alan | MK000859 | L11723, L1933A, L2550A, L5894, L7402 | |
| 20 | Blaske/Terance L | MK000871 | L1644A, LL1651A | 1017 |
| 21 | Boeker Family Trust | MK000921 | L3210A | 1103 |
| 22 | Brinegar/Jerry B | MK001148 | L11042, L5113 | 1100 |
| 23 | Cagle/Mattie C | MK001446 | L4529A-9 | |
| 24 | Carrier/Bernice A | MK001554 | L3655A, L3796A | |
| 25 | Carrier/Harley | MK001553 | L3668A | |

Exhibit A

Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| | Victim Names | Firm Number | Lease Numbers in Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 26 | Carter/Gary W | MK001572 | L2787A | |
| 27 | Carter/Johnny L | MK001580 | L5618 | 1104 |
| 28 | Castellaw/Judie | MK001607 | L5288 | |
| 29 | Chappell Family Revocable Trust | MK001660 | L11269 | |
| 30 | Chubb/Estate of Allan B | MK001782 | L8445 | 967, 1212 |
| 31 | Chubb/Joyce and Estate of Allan B | MK001781 | L8446 | 1212 |
| 32 | Clemans/Bonnie | MK001849 | L11580, L8594, L9659 | 1085 |
| 33 | Clemans/Connie | MK001848 | L6789 | 1080 |
| 34 | Cline/Scott | not on file | not on file | 1150 |
| 35 | Conley/Denise | MK001943 | L5493 | 1022 |
| 36 | Cook/Michael B and Cynthia M | MK001969 | L6641 | 1083 |
| 37 | Copple/Glen I | MK001996 | L0494 | 1000 |
| 38 | Copple/Glen I and Timothy L | MK001997 | L0492 | 999, 1000 |
| 39 | Cote/Allan | MK002047 | L9118 | 1023, 1147 |
| 40 | Cottam/Laurel | MK002049 | L9863 | 1154 |
| 41 | Coulon/Claude | MK002060 | L7610, L7825 | 959 |
| 42 | Crabtree/Patricia | MK002092 | L7484 | 994 |
| 43 | Critchlow/Roy | MK002118 | L11533 | 1149 |
| 44 | Critchlow/Roy and Ernestine | MK002119 | L3410A | 1149 |
| 45 | Cromer/Hattie | MK002121 | L10153 | 945 |
| 46 | Crosby Family Trust | MK002133 | L11775 | 990 |
| 47 | Davis/Barbara S | MK002313 | L5636 | 1111 |
| 48 | Davis/Donna | MK002322 | L8448 | 949 |
| 49 | Davis/Joyce A | MK002290 | L10354 | |
| 50 | Davis/Rayford W | MK002315 | L7202 | 1012 |

Exhibit A

Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| # | Victim Names | Claim Number | Leases Affected by Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 51 | Davis/Robert A | MK002321 | L8439 | 949 |
| 52 | Davis/Robert A and Donna | MK002320 | L8397 | 949 |
| 53 | Dennis/Myron | MK002420 | L11659, L12009, L12010 | |
| 54 | Dennison/Christine K | not on file | not on file | 980 |
| 55 | Didonna/Traci and Michael | MK002492 | L9508 | 1089 |
| 56 | Dimmick/Lindsey | MK002508 | L11358 | 1006 |
| 57 | Dingus/Charlotte | MK002513 | L5307 | 984 |
| 58 | Eckstein/Bert B | MK002767 | L11041 | 1020 |
| 59 | Edward L Baker & Jedy L Baker Revocable Living Trust | MK002786 | L6280 | 1115 |
| 60 | Edwards/Victoria | MK002791 | L11339 | 1038 |
| 61 | Ely-Croft/Beate | MK002855 | L11918 | |
| 62 | Engelhardt/May | MK002869 | L6203 | 1044 |
| 63 | Evans/Carolyn J | MK002959 | L6027, L8678 | |
| 64 | Evans/Christopher | MK002958 | L9971 | |
| 65 | Fields/Angela | not on file | not on file | |
| 66 | Fienhold/Daniel L | MK003061 | L3803A | 1062 |
| 67 | Fite/Evelyn | MK003101 | L6547 | 973 |
| 68 | Fowler/Barbara | MK003187 | L6921, L7165 | 995 |
| 69 | Fresquez/Sam | MK003251 | L2270A | 979 |
| 70 | Fromer/Jimmy D | not on file | not on file | 944 |
| 71 | Fulk/Jean | MK003498 | L6787 | |
| 72 | Gearhart Jr/James H | MK003400 | L6301, L9150 | 1056 |
| 73 | Gearhart/Joseph P | MK003397 | L11073 | 1090 |
| 74 | George L & JoAnne L Coulter III Revocable Living Trust | MK003420 | L10325, L8364, L10885, L6675, L4951, L5682 | |
| 75 | Geubelle/Gilbert | MK003443 | L10262 | 961 |

**Exhibit A:**
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| # | Victim Name/s | Claim Number | Lease Number/s in Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 76 | Gholson/James and Estate of Maxine | MK003447 | L7556 | |
| 77 | Giles/John N | MK003476 | L11719, L11933 | 1021 |
| 78 | Gilliland/Judy L | MK003497 | L8352 | |
| 79 | Goers/James D | MK003551 | L10052, L3692A, L7245, L11438 | 1092 |
| 80 | Grabner/Joyce | MK003642 | L7473 | 1026 |
| 81 | Grabner/Robert | MK003641 | L7522 | 1026 |
| 82 | Griggs/Judy | MK003754 | R20057 | |
| 83 | Grobe/Dorothy A | MK003762 | L7775, L7485 | 1048 |
| 84 | Gust/Connie | MK003806 | L11938 | 1107 |
| 85 | Hale/Dorcas | MK003856 | L7972 | 1157 |
| 86 | Harnsberger/Dennis | MK003965 | L9630 | 975, 1025 |
| 87 | Harnsberger/Dennis and Barbara | MK003964 | L11610 | 975 |
| 88 | Hartman/Jeanette W | MK004017 | L8009, L10717 | 1176, 1177 |
| 89 | Hayes/Patricia N | MK004059 | L7486 | 1027, 1054 |
| 90 | HDGG, Inc | MK004071 | L3312A | 1047 |
| 91 | Hebda/Danette | MK004091 | L2243A | 1134 |
| 92 | Henderson/Ray and Stella | MK004151 | L3040A | |
| 93 | Henderson/Sharon K | MK004152 | L6497 | 983 |
| 94 | Hendrixson/Estate of Joe | MK004159 | L2804 | 956 |
| 95 | Hendrixson/Nadean | MK004160 | L4231A | 1001, 1194 |
| 96 | Hoelscher/Leon and Shirley | MK004358 | L11351, L11799 | 989 |
| 97 | Hoelzel/Cecilia | MK004360 | L4631A-9 | 1199 |
| 98 | Hopper/Leona | MK004442 | L6419 | |
| 99 | Hopper/Thelbert | MK004441 | L2406A | |
| 100 | Hostetler/Normal | MK004459 | L7870, L7871 | 970 |

Exhibit A:
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| # | Claim Name | Claim Number | Lease Numbers in Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 101 | Houser/Gayle | MK004472 | L8060 | 1126 |
| 102 | Huser/Clayton | MK004578 | L8465 | 1029 |
| 103 | Huser/William | MK004577 | LS467 | 1030 |
| 104 | Ison/Delmer | MK004636 | L9110 | 1122 |
| 105 | Ison/Ramona | MK004634 | L9104, L9114 | 1121 |
| 106 | Jackson/Lois E | MK004666 | L8438 | 1036 |
| 107 | James M Rand & Bernita Rand Revocable Living Trust | MK004697 | L6281 | 1008 |
| 108 | Jeffers/Wilma | MK004716 | L9623 | 1059 |
| 109 | Johnson/Douglas | MK004846 | L9741 | 1019 |
| 110 | Johnson/Geneva | MK004825 | L6005 | 946 |
| 111 | Johnson/Linda and Mitchell | MK004834 | L10339, L10703 | 997 |
| 112 | Johnson/Louise | MK004822 | L3831A | 1181 |
| 113 | Jones/Almeta J | MK004921 | L10454, L10457, L8919 | |
| 114 | Jones/Lynda | MK004905 | R20045 | 1130 |
| 115 | Joyce/Kelly L | MK004948 | L10029 | |
| 116 | Keith/John H and Thelma C | MK005034 | L9434 | |
| 117 | Kelly/Ronald W | MK005054 | L11106, L12007, L12032 | 1011 |
| 118 | Kent/Theron and Divina | MK005079 | L2771A, L10331, L4906 | 1043 |
| 119 | King/Patricia M | MK005143 | L5149 | 987 |
| 120 | Kleinhesselink/Arthur | MK005200 | L11271 | 1009 |
| 121 | Knebel/Donald | MK005220 | L9186 | 1063 |
| 122 | Kuhl/Philip B and Donna | MK005357 | L0506, L4146A | 1148 |
| 123 | Lackey/Sandra | MK005396 | L3064A | |
| 124 | Lagana/Angelo and Catherine | MK000254 | L6278 | 1004, 1152 |
| 125 | Lamm/Elvera | MK005435 | L912 | 1031 |

Exhibit A:
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| | Victim Name | Claim Number | Lease Numbers in Claim | Docket Entry Number of Appeals |
|---|---|---|---|---|
| 126 | Lamm/Lisa | MK005436 | L4270A | 1002 |
| 127 | Lamm/Terry | MK005432 | R21025 | 1003 |
| 128 | Lamer/Mark | MK005478 | L7768 | 996 |
| 129 | Larrey/Inge | MK005848 | L3303A, L3199A | 1164 |
| 130 | Leason/Stephen | MK005576 | L10218 | 1125 |
| 131 | Lee/James H | MK005604 | L7232 | 1051 |
| 132 | Leischner/John | MK005627 | L3194A, L7759 | |
| 133 | Lies/Marie | MK005734 | L6753 | 1041 |
| 134 | Lovett/Betty | not on file | not on file | 1042 |
| 135 | Lowery/Gerald | MK005882 | L9317, L6080 | 991 |
| 136 | Luthe/John | MK005920 | L7802 | 1155 |
| 137 | Majka Jr/Walter | MK006003 | L9285 | 1078 |
| 138 | Maller/Aileen E | MK006015 | L10100, L1476A, L3109A | |
| 139 | Marquette/Thomas | MK006091 | L7618 | 965 |
| 140 | Marx/Shirley | MK006144 | L8847 | |
| 141 | Mauk/Sandra N | MK006207 | L10629 | 950 |
| 142 | Mauk/Wallace B | MK006206 | L3488A | 951 |
| 143 | McClusky/Robert | MK006275 | L8927 | 1040 |
| 144 | McClusky/Robert and Eva | MK006274 | L7222 | 1040 |
| 145 | McCoy Jr/Frank G and Ikuko | MK006289 | L8370, L9513 | 1039 |
| 146 | McKean/Donald | MK006364 | L7627 | 958 |
| 147 | McKean/Mary Ann | MK006363 | L7628 | 958 |
| 148 | McKean/Richard | MK006366 | L7482 | 958 |
| 149 | McKean/Richard and Mary Ann | MK006365 | L7606 | 958 |
| 150 | McKenna/Jason | MK006369 | L5749 | 1028, 1055 |

Exhibit A
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| | Claimant Name | Claim Number | Lease Number(s) in Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 151 | McKenna/Teresa A | MK006370 | L7362 | 1084 |
| 152 | Mellin/Rawland O | MK006456 | L1756A | 1142 |
| 153 | Miller/Mildred | MK006571 | L9597 | |
| 154 | Moe/Alan | MK006655 | L6326 | 1120 |
| 155 | Moe/Carol | MK006654 | L6327 | 1119 |
| 156 | Monroe/Carlos and Harriett | MK006664 | L4409A, L2224A | 1167, 1168 |
| 157 | Monroe/Harriett | MK006665 | L2081A | 1168 |
| 158 | Montgomery/Esther A | MK006673 | L0594 | 1195 |
| 159 | Morrow/Mildred | MK006782 | L8654 | 1053 |
| 160 | Munster II/James | MK006821 | L7319 | 1046 |
| 161 | Murray/Michael J | MK006832 | L5080 | |
| 162 | National Association of Retired Persons | MK006886 | L11766 | 971 |
| 163 | Newby/Barge Darrell | MK006937 | L10195 | 1159 |
| 164 | Newton/Thomas | MK006945 | L9146 | 986 |
| 165 | Ohnoutka/Le Roy | MK007087 | L9198 | |
| 166 | Ohnoutka/Le Roy | MK007087 | L9198 | 1015 |
| 167 | Ohnoutka/Lillian | MK007085 | L10247, L8991 | |
| 168 | Ohnoutka/Lillian | MK007085 | L10247, L8991 | 940 |
| 169 | Olson/Herbert G | MK007118 | R20043 | 1151 |
| 170 | Passenheim/Burr C | MK007282 | L6232 | 1105 |
| 171 | Patrick/Alberta E | MK007294 | L0692, L0693, L1925A, L1930A | |
| 172 | Patterson/Charles O | MK007303 | L9013 | 1061 |
| 173 | Patterson/Judy | MK007302 | L10387 | 1060 |
| 174 | Potter/Bart H | MK007635 | L4066A | |
| 175 | Powell/Charlotte | MK007641 | L6292 | 1005 |

Exhibit A-1
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| | Claimant Name/s | Loan Number | Space Number/ Unit | Docket Entry Number of Appeals |
|---|---|---|---|---|
| 176 | Powers/Betty | MK007649 | L10902 | 1097 |
| 177 | Pylant/Wyman | MK007722 | L8636 | |
| 178 | Quiros/Colleen | MK007729 | L2456A, L4006A | 1034 |
| 179 | Ramey Family Charitable Trust | MK007770 | L5754 | 1013 |
| 180 | Read/Alice | MK007845 | L4281A, L4200A | 1155 |
| 181 | Rinehart/Thelma | MK008061 | L10242 | 1174 |
| 182 | Rittenhouse/Dave | not on file | not on file | 993 |
| 183 | Roseberry/Carol | MK008231 | L8353, L8798 | 1114 |
| 184 | Royer/Winona B | MK008270 | L6541 | 1087 |
| 185 | Rybert/Wyman | not on file | not on file | 1052 |
| 186 | Santoloci/Mary | not on file | not on file | 1113 |
| 187 | Schreiber/Lisa M | MK008567 | L3773A | 1166 |
| 188 | Schultz/G Kent and Donna | MK008585 | L8511 | 1145 |
| 189 | Segovia/Luis | MK008650 | L5448 | |
| 190 | Segovia/Luis | MK008650 | L5448 | 977 |
| 191 | Selgrath/Kathryn | MK008658 | L0171, L4660A | 963 |
| 192 | Shauck/Pamela | MK008722 | L9655 | 1136 |
| 193 | Simon/Joan | MK008830 | L8200, L7762 | 1014 |
| 194 | Sims/Leon | MK008839 | L7210 | |
| 195 | Sisemore/Gary | MK008853 | L6120 | |
| 196 | Slater/Elfriede | MK008878 | L4876 | 1032 |
| 197 | Smith/Norietta | MK008514 | L11008 | |
| 198 | Spangler/Harriett | MK009077 | L8577 | |
| 199 | Sparksys Invesment Group | MK009089 | L10904 | 1129 |
| 200 | Staton/Ira Weldon | MK009165 | L4135A-9 | |

Exhibit A
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| # | Claimant Name | Claim Number | Lease Number(s) in Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 201 | Staton/Ira Weldon and Jo Ann | MK009163 | L0329, L0441, L4140A-9 | 968, 972 |
| 202 | Staton/Jo Ann | MK009167 | L0440, L7715 | |
| 203 | Stemmer/Janet L | MK009205 | L5961 | 955 |
| 204 | Stephens/Jack | MK009215 | L1538A | 947 |
| 205 | Stephens/Jolene | MK009216 | L1537A, L7315 | 948 |
| 206 | Stewart/Gerald R | MK009247 | L9654 | 1081 |
| 207 | Storms Family Trust | MK009315 | L6037, L6597 | 1185 |
| 208 | Storms/Ernest | MK009314 | L2777A | 1185 |
| 209 | Sturgeon/Matilda | MK009365 | L1754A | 1124 |
| 210 | Sturgeon/Steve | MK009363 | L0680 | 1123 |
| 211 | Sturgeon/Steve and Honey | MK009364 | L3695A | 1123 |
| 212 | Svoboda/William and Mary | MK009399 | L6087 | |
| 213 | Swenson/Richard and Judith | MK009420 | L10111 | 938, 981 |
| 214 | Swinney/Carolyn C | MK009425 | L5717 | 1033 |
| 215 | Swyhart/LeRoy W | MK009429 | L9555 | 1112 |
| 216 | Thacker/Mable | MK009524 | L7537 | |
| 217 | Thacker/Raymond and Mable | MK009522 | L7536 | |
| 218 | Thacker/Raymond D | MK009523 | L7534 | |
| 219 | Throop/Jack | MK009630 | L9955 | 982 |
| 220 | Toombs/Danny | MK009690 | L10706 | |
| 221 | Trapp/Marcelia | MK009706 | L10144, L5598, L5604 | 1058 |
| 222 | Trujillo/Sandra and Wilfred | MK009734 | L10745 | 1169 |
| 223 | Trujillo/Wilfred | MK009733 | L10748 | 1170 |
| 224 | Tyson/Janet | MK009804 | L9251, L9769 | |
| 225 | Ulrey/Connie | MK009824 | L11656, L7364 | 1024 |

Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| # | Victim Names | Claim Number | Line Numbers of Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 226 | Vance/Donnie Sue | MK009882 | L0784, L4362A-9, L7480, L4255A-9, L6250 | 1091 |
| 227 | Vaughan/Teresa | MK009917 | L7885 | |
| 228 | Von Harten/Estate of Roberta | MK009981 | L5764 | |
| 229 | Walker/William | MK010043 | L4684A | 960 |
| 230 | Walz/Darlene | MK010081 | L8475 | 954 |
| 231 | Wayne/Wilma | MK010163 | L9959, L2444A, L0227, L0567, L6988 | 1057 |
| 232 | Wells/Donna | MK010244 | L6595, L4702A | 1116 |
| 233 | Wells/Kimberly and Donna | MK010243 | L6568 | 1116, 1117 |
| 234 | Wells/Kimberly and Hobart/Kayla | MK010247 | L7207 | 1117, 1118 |
| 235 | Wheatley/Betty L | MK010291 | L11983, L5631 | 1135 |
| 236 | Wheatley/Winifred | MK010293 | L5629 | 1158 |
| 237 | Wheeler/Helen R | MK010301 | L9549 | 1101 |
| 238 | Wicker/Nancy | MK010368 | L8470 | 1106 |
| 239 | Wickersham/Charles | MK010370 | L1656A | |
| 240 | Wickersham/Gail | MK010371 | L1657A, L2319A | |
| 241 | Wickizer/Margaret | MK010374 | L5303 | 1045 |
| 242 | Williams Family Trust | MK010479 | L6937 | 1197 |
| 243 | Williams/Ralph and Katherine | MK010481 | L9171 | 969 |
| 244 | Wills/Joan | MK010502 | L8848, L8850 | 992 |
| 245 | Wills/Joan | MK010502 | L8848, L8850 | 1137 |
| 246 | Wilson/Martha | MK010538 | L11105 | |
| 247 | Wilson/Terry W and Patricia | MK010537 | L7855 | 985 |
| 248 | Windsor/Ronald | MK010561 | L1571A, L7934 | |
| 249 | Windsor/Yvonne | MK010560 | L4668A-9 | |
| 250 | Winn/Edith | MK010571 | L9418 | |

**Exhibit A:**
Victim Claimants with Appeals Regarding Interest and/or Rental Payments

| | Victim Name(s) | Claim Number | Lease Numbers in Claim | Docket Entry Number of Appeal |
|---|---|---|---|---|
| 251 | Wogsland/Lorna and Willard | MK010608 | L1634A, L1637A | |
| 252 | Wood/Mabel | MK010643 | L8431, L8797, L9207, L9962, R20052 | 974 |
| 253 | Woolsey/Jo Ann | not on file | not on file | 1160 |
| 254 | Wright/Jean and Estate of Frank | MK010688 | L3529A | 957 |
| 255 | Yondorf/Fred and Dorothy | MK010746 | L7777 | 1016 |
| 256 | Zeringue/Anthony | MK010838 | L7359 | 1007, 1094, 1153 |
| 257 | Zoll/Mark and Lisa | MK010882 | L6759 | 1082 |
| 258 | ? Investments LTD | not on file | not on file | 1133 |
| 259 | ?/? | not on file | not on file | 1079 |
| 260 | ?/? | not on file | not on file | 1128 |
| 261 | ?/? | not on file | not on file | 1102 |
| 262 | ?/Kir.? | not on file | not on file | 1099 |
| 263 | ?/Sandra | not on file | not on file | 1018 |
| 264 | ?/William and Betty | not on file | not on file | 1132 |
| 265 | ?Fields?/? | not on file | not on file | 1146 |
| 266 | ?Glascock?/Shila? | not on file | not on file | 1035 |
| 267 | ?Goft?/? | not on file | not on file | 1095 |

**EXHIBIT B**
**to**
**REPORT AND RECOMMENDATION**

# Legal Issue Appeals - Non-interest/rent

| # | Victim Name/s | Claim Number | Final TRA Recommended and Approved by Judge Denlow | Docket Number of Appeal Summary | Factual/Legal Dispute |
|---|---|---|---|---|---|
| 1 | Adamski/Gordon | MK000071 | $0.00 | 1361 | Legal |
| 2 | Alexander/Kenneth | MK000116 | $0.00 | 1362 | Legal |
| 3 | Blowers/Dennis P | MK000902 | $171,496.93 | 1363 | Legal |
| 4 | Bustos/Ernest | MK001405 | $0.00 | 1364 | Legal |
| 5 | Cline/Vickie L | MK001875 | $15,274.01 | 1369 | Legal |
| 6 | Cole/Pamela | MK001898 | $15,274.01 | 1370 | Legal |
| 7 | Dennett/Daniel | MK002408 | $0.00 | 1372 | Legal |
| 8 | Dick Kelly Enterprises | MK002478 | $0.00 | 1375 | Legal |
| 9 | Fowler/Paul | MK003194 | $0.00 | 1412 | Legal |
| 10 | Gearhart/Richard E | MK003398 | $0.00 | 1378 | Legal |
| 11 | Harris/Deborah | MK003999 | $26,257.73 | 1379 | Legal |
| 12 | Inman/Patricia | MK004623 | $978.21 | 1381 | Legal |
| 13 | McDaniel/Michele J | MK006313 | $11,758.93 | 1388 | Legal |
| 14 | Merrick/Larry | MK006490 | $13,703.01 | 1389 | Legal |
| 15 | Page/George | MK007203 | $86,155.00 | 1394 | Legal |
| 16 | Pagel/Lori | MK007208 | $63,105.66 | 1395 | Legal |
| 17 | Schell/Floyd and Truusje | MK008486 | $66,589.34 | 1397 | Legal |
| 18 | Schuldenfrei/Raymond | MK007904 | $65,490.32 | 1398 | Legal |
| 19 | Smith/Charles W | MK010933 | $0.00 | 1399 | Legal |
| 20 | Stewart/Roger | MK009246 | $0.00 | 1400 | Legal |
| 21 | Tyson/Martin G | MK009811 | $0.00 | 1403 | Legal |
| 22 | Vangsnes/Bruce | MK009903 | $0.00 | 1404 | Legal |
| 23 | Waters/Donald | MK010122 | $43,876.94 | 1405 | Legal |
| 24 | Watkins/Sherry | MK010135 | $0.00 | 1406 | Legal |
| 25 | Welt/Louis | MK010251 | $0.00 | 1407 | Legal |

*USA v. Michael E. Kelly*
Case No. 06 CR 964


**EXHIBIT C**
**to**
**REPORT AND RECOMMENDATION**

# Factual Appeals

| | Victim Name/s | Claim Number | Final TRA Recommended and Approved by Judge Denlow | Docket Number of Appeal Summary | Factual/Legal Dispute |
|---|---|---|---|---|---|
| 1 | Bratslava Holdings | MK001111 | $122,359.61 | 1410 | Factual |
| 2 | Dunvegan | MK002707 | $185,043.70 | 1410 | Factual |
| 3 | Hazel Myers Equity Group | MK004070 | $129,805.26 | 1410 | Factual |
| 4 | Keeran-Amo Asset Group | MK005025 | $143,772.25 | 1410 | Factual |
| 5 | Titus Asset | MK009661 | $48,851.53 | 1410 | Factual |
| (1-5a) | Cancun Property Partners | No file # | $0.00 | 1410 | Factual |
| 6 | Carrol/Dorothy J (Liberti) | MK001562 | $0.00 | 1365 | Factual |
| 7 | Catledge/Janie | MK001613 | $115,896.08 | 1366 | Factual |
| 8 | Chris Zockoll Agency | MK001736 | $232,036.68 | 1367 | Factual |
| 9 | Clement/Estate of Craig P | MK001853 | $0.00 | 1368 | Factual |
| 10 | Crabtree/Richard | MK002093 | $40,734.14 | 1371 | Factual |
| 11 | Dennett/Troy | MK002410 | $0.00 | 1373 | Factual |
| 12 | Dennett/Troy and Jayma | MK002409 | $0.00 | 1374 | Factual |
| 13 | Dietrich/Vernon | MK002495 | $70,000.00 | 1376 | Factual |
| 14 | Herod/Horace | MK004233 | $0.00 | 1380 | Factual |
| 15 | Ives/Estate of Lucille I | MK004639 | $55,211.22 | 1382 | Factual |
| 16 | Jacobs/Walter | MK004671 | $0.00 | 1383 | Factual |
| 17 | Jones/Guy | MK004919 | $105,539.64 | 1384 | Factual |
| 18 | Jordan/James | MK004938 | $9,116.20 | 1385 | Factual |
| 19 | Lucille I Ives Revocable Trust | MK005901 | $8,931.62 | 1386 | Factual |
| 20 | McClure/Thelma | MK006264 | $0.00 | 1387 | Factual |
| 21 | Monroe/Carlos R | MK006663 | $4,310.33 | 1390 | Factual |
| 22 | Morley/Ronald and Diane | MK010953 | $0.00 | 1391 | Factual |
| 23 | Munroe/Diane | MK006820 | $79,203.49 | 1392 | Factual |
| 24 | Munroe/Donald | MK006819 | $317,137.20 | 1393 | Factual |
| 25 | Rieman/Roderick | MK008035 | $0.00 | 1396 | Factual |
| 26 | Stockdale/Yasuko | MK009274 | $68,024.16 | 1401 | Factual |
| 27 | Tyson/Malcolm | MK009806 | $0.00 | 1402 | Factual |
| 28 | Wisher/Jacklynn | MK010589 | $204,128.71 | 1408 | Factual |
| 29 | Zockoll Investments LLC | MK010858 | $0.00 | 1409 | Factual |

*USA v. Michael E. Kelly*
Case No. 06 CR 964

**EXHIBIT D**
**to**
**REPORT AND RECOMMENDATION**

# Victim Appeals - Resolved through Stipulation

| # | Victim Name/s | Claim Number | Final TRA Recommended and Approved by Judge Denlow | Docket Number of Stipulation to Withdraw Appeal | Factual/Legal Dispute |
|---|---|---|---|---|---|
| 1 | Bedrosian/Kenneth | MK000647 | $79,913.79 | 1338 | Factual |
| 2 | Boos/Julie A | MK000987 | $142,492.14 | 1339 | Factual |
| 3 | Bowman/Lucille | MK001050 | $114,082.72 | 1340 | Factual |
| 4 | Burdick/Estate of Charles | MK001339 | $4,500.00 | 1341 | Factual |
| 5 | Cobb/Dwight L and Beverly S | MK001878 | $0.00 | 1342 | Factual |
| 6 | Deans/Scott | MK002351 | $10,000.00 | 1343 | Factual |
| 7 | Florczak/Estate of Rita | MK003130 | $39,051.32 | 1344 | Factual |
| 8 | Graves/James and Dean | MK003699 | $10,642.14 | 1345 | Factual |
| 9 | Harringer/Mary | MK003982 | $5,860.29 | 1337 | Factual |
| 10 | Hasseberg Family Revocable Living Trust | MK004028 | $66,217.91 | 1346 | Factual |
| 11 | Hubbard/ Estate of Rick D. | MK004510 | $15,554.17 | 1347 | Factual |
| 12 | Jenner/Vearl and Judy | MK004733 | $42,171.69 | 1348 | Factual |
| 12a | Jenner/Vearl and Judy | MK004735 | $30,874.26 | 1348 | Factual |
| 13 | Klaus/Robert | MK005192 | $335,225.00 | 1349 | Factual |
| 14 | Lindeman/Dorothy | MK005758 | $0.00 | 1350 | Factual |
| 15 | McLaws/Martha and Estate of William | MK006390 | $20,971.53 | 1351 | Factual |
| 16 | Murray/Bobbie L | MK006833 | $16,929.34 | 1352 | Factual |
| 17 | Nicholson/Kim | MK006959 | $5,918.84 | 1336 | Factual |
| 18 | Porter/Anthony W and Cheaney/Estate of Norma | MK001695 | $23,659.98 | 1353 | Factual |
| 19 | Reyes/Romona | MK007932 | $40,454.60 | 1354 | Factual |
| 20 | Schilhab/John | MK008495 | $25,209.69 | 1355 | Factual |
| 21 | Sherba/Robert B | MK008758 | $6,062.47 | 1356 | Factual |
| 22 | Spangler/George | MK009079 | $69,094.31 | 1357 | Factual |
| 23 | Walker/Nancy K. | MK010044 | $66,790.05 | 1358 | Factual |
| 24 | Wetzel/Bryce | MK010285 | $25,000.00 | 1359 | Factual |

*USA v. Michael E. Kelly*
Case No. 06 CR 964

**EXHIBIT E**
**to**
**REPORT AND RECOMMENDATION**

# Late Victim Appeals - Denied

| # | Victim Name/s | Claim Number | Final TRA Recommended and Approved by Judge Denlow | Docket Number of Appeal/Date Rec'd |
|---|---|---|---|---|
| 1 | Atamantyk/Jamie and Peter | MK000340 | $18,311.00 | 1414 |
| 2 | Beam/Judy | MK000602 | $30,230.75 | 1323 |
| 3 | Bell-Moodie/Joan | MK000693 | $18,130.12 | 1335 |
| 4 | Burdette/Dennis | MK001337 | $222,062.12 | 8/13/2012 |
| 5 | Cuevas/Ricardo Santiago Bravo | MK010946 | $0.00 | 8/24/2012 |
| 6 | Dodd Family Trust | MK002543 | $200,000.00 | 8/13/2012 |
| 7 | Dodd/Courtney L | MK002541 | $25,000.00 | 8/13/2012 |
| 8 | Dodd/Matthew T | MK002540 | $25,000.00 | 8/13/2012 |
| 9 | Keeler/Estate of Robert C. | MK005017 | $16,899.68 | 8/13/2012 |
| 10 | Merrick/Dennis | MK006488 | $0.00 | 8/9/2012 |
| 11 | Nance/Estate of Barbara | MK006874 | $451,965.56 | 8/16/2012 |